**Order entered December 23, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-01073-CV

### IN RE RENT SPACE MGMT LLC, Relator

**Original Proceeding from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-04670-A**

### ORDER
Before Justices Myers, Partida-Kipness, and Carlyle

Before the Court is relator's December 9, 2021 petition for writ of mandamus. We request that real party in interest and respondent file a response, if any, to the petition for writ of mandamus by **January 5, 2022**.

/s/    ROBBIE PARTIDA-KIPNESS
       JUSTICE